HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
RONALD KEITH HARVEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　vs.<br><br>RONALD KEITH HARVEY,<br><br>　　　　*Defendant-Movant.* | Case No:  2:91-CR-0405-DAD<br><br>**SEALING ORDER**<br><br>(Doc. No. 87)<br><br>JUDGE:  Hon. Dale A. Drozd |

Defendant-Movant's Request to Seal Exhibits B, C, & D (Doc. No. 87) to his Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) is granted so that medical information is not available on the public docket.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  **September 12, 2025**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE