HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar # 185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I St. Third Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Rachelle.Barbour@fd.org

Attorneys for Defendant-Movant
RONALD KEITH HARVEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD KEITH HARVEY,<br><br>Defendant. | Case No.  2:91-CR-0405-DAD<br><br>AMENDMENT TO ORDER RE: RELEASE FROM BUREAU OF PRISONS CUSTODY<br><br>Hon. Dale A. Drozd |

The Court has granted Mr. Harvey's Compassionate Release Motion.  To ensure that Mr. Harvey is safely released from Bureau of Prison's custody, the Court amends the fourth part of its Order accordingly:

> 4) Mr. Harvey shall be released from the custody of the Bureau of Prisons at 10:00 a.m. on Tuesday, October 28, 2025, *or as soon thereafter as his transportation arrives at the facility*.  The Court is ordering his release at this time to enable Mr. Harvey to obtain a safe way to return home from the prison.  Accordingly, for Mr. Harvey's own safety, release is delayed until this time.

Defense counsel has consulted with a Unit Manager at the facility who requested this amendment for Mr. Harvey's safety.

IT IS SO ORDERED.

Dated:  **October 24, 2025**                    /s/ Dale A. Drozd
                                                            DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE

RONALD HARVEY / AMENDMENT re: Compassionate Release

1